**UNITED STATES BANKRUPTCY COURT**
**for the District of Columbia**

| | |
|---|---|
| In re: Anthony Dale,<br><br>Debtor | Bankruptcy Case No. 26-00080 (ELG)<br>Chapter 13 |

## NOTICE OF REPRESENTATION AND REQUEST FOR NOTICES

THE CLERK OF THE COURT, and those to whom this notice is directed as indicated in the Certificate of Service, will please take notice that:

1. The United States Attorney for the District of Columbia and undersigned attorneys are counsel of record for the United States on behalf of the Internal Revenue Service (IRS) in this matter.

2. Counsel for the United States hereby request that participants in these proceedings direct copies of any notices, pleadings, or other filings to Oliver W. McDaniel, Assistant U.S. Attorney, Civil Division, Patrick Henry Bldg., 601 D Street, NW, Washington, D.C. 20530.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/

OLIVER W. McDANIEL, D.C. Bar No. 377360
Assistant United States Attorneys
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2508 | oliver.mcdaniel@usdoj.gov

July 9, 2025

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Notice of Representation and Request for Notices was served on Counsel for the Plaintiff and the following participants at the addresses below by the Electronic Case Filing system or by email, on this 9th day of July, 2025:

Charles Earl Walton
Law Office of Charles E. Walton
10905 Fort Washington Road, Ste 201
Fort Washington, MD 20744
Email: cwalton@cwaltonlaw.com
*Counsel for the Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr., Ste 240
Annapolis, MD 21401
ecf@ch13md.com
*Bankruptcy Trustee*

U.S. Trustee
U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Office of the U.S. Trustee for Region Four*

All ECF Recipients

/s/
OLIVER W. MCDANIEL
ASSISTANT UNITED STATES ATTORNEY